UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTKETT, et al,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KRAMER, et al,<br><br>　　　　Defendants. | 1:14-cv-01932-DLB (PC)<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Documents 2-19) |

　　　　Plaintiffs[1] are civil detainees proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

　　　　In the instant action, Plaintiffs filed applications to proceed in forma pauperis. Examination of these documents reveals that Plaintiffs are unable to afford the costs of this action.  Accordingly, the motions to proceed in forma pauperis are GRANTED.

IT IS SO ORDERED.

　　　Dated:   **December 12, 2014**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name appears at "Barklett" in the caption and "Bartlett" elsewhere.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28