1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BARRY BARTLETT, | No. 1:14-cv-01932 LJO DLB PC |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER |
| v. | |
| ALLENBY, | (Document 62) |
| Defendant. | |

    Plaintiff Barry Bartlett ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on December 4, 2014, and it proceeds against Defendant Allenby for violation of the Eighth Amendment.

    The action is now in discovery. Pursuant to the Court's May 2, 2016, Discovery and Scheduling Order, the parties were to exchange initial disclosures by June 16, 2016.

    On July 6, 2016, Plaintiff filed a motion to extend time to file his initial disclosures. He also submitted a copy of the disclosures that he provided to Defendant. The Court deems the matter suitable for decision without further briefing. Local Rule 230(l).

    Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604,

1

609 (9th Cir. 1992)). "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking the modification." *Johnson*, 975 F.2d at 609. "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." *Zivkovic*, 302 F.3d at 1087 (quoting *Johnson*, 975 F.2d at 609).

Here, Plaintiff states that he was ill in May and as a result, believed that the disclosures were not due until July 16, 2016. He became aware of the mistake when he received Defendant's disclosures. As noted above, Plaintiff has exchanged his initial disclosures.

For good cause, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Dated:   **July 8, 2016**                            /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE